IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LARRY E KLAYMAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-cv-02526-M |
| JULIA PORTER, et al., | § § § | |
| Defendants. | § § § | |

### ORDER

Before the Court is Plaintiff's Response to this Court's Order to Show Cause [ECF No. 19]. The Court will accept Plaintiff's late Response to Defendants' Motion to Transfer Venue [ECF No. 17]. Defendants are **ORDERED** to file their reply by November 5, 2020.

**SO ORDERED**.

October 22, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE